UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| KELLI LORRAINE SCHROEDER,<br><br>          Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of the Social Security Administration,<br><br>          Defendant. | CASE NO. 3:15-cv-05195 JRC<br><br>ORDER ON STIPULATED MOTION FOR EQUAL ACCESS TO JUSTICE ACT FEES AND EXPENSES AND FOR COSTS |

This Court has jurisdiction pursuant to 28 U.S.C. § 636(c), Fed. R. Civ. P. 73 and Local Magistrate Judge Rule MJR 13 (*see also* Notice of Initial Assignment to a U.S. Magistrate Judge and Consent Form, Dkt. 3; Consent to Proceed Before a United States Magistrate Judge, Dkt. 4). This matter is before the Court on plaintiff's Stipulation to EAJA Fees and Costs (*see* Dkt. 19).

Based on the Equal Access to Justice Act, 28 U.S.C. § 2412, ("EAJA"), the Stipulation of the parties (*see* Dkt. 19), and the relevant record, it is hereby ORDERED that EAJA attorney's fees of $4,874.78 and expenses in the amount of $69.36, for a total of $4,944.14, shall be

1  awarded to plaintiff pursuant to the EAJA and consistent with *Astrue v. Ratliff*, 130 S.Ct. 2521,

2  2524, 2010 U.S. LEXIS 4763 at ***6-***7 (2010).

3       It is further ORDERED that costs in the amount of $416.00 shall be awarded to plaintiff

4  pursuant to 28 U.S.C. § 1920.

5       The Acting Commissioner shall contact the Department of Treasury after the Order for

6  EAJA fees and expenses and for costs is entered to determine if the EAJA fees, expenses and

7  costs are subject to any offset. If it is determined that plaintiff's EAJA fees, expenses and costs

8  are not subject to any offset allowed pursuant to the Department of the Treasury's Offset

9  Program, then the check for EAJA fees, expenses and costs shall be made payable to Teal M.

10 Parham, Esq., based on plaintiff's assignment of these amounts to plaintiff's attorney. If there is

11 an offset, the remainder shall be made payable to plaintiff, based on the practice of the

12 Department of the Treasury (*see, e.g.,* Case No. 2:15-cv-122, Dkt. 22, p. 4). Any check for EAJA

13 fees, expenses and costs shall be mailed to plaintiff's counsel, Teal M. Parham, Esq., at Parham

14 & Hall, PLLP, 920 12th Avenue, PO Box 757, Longview, WA 98632.

15      Dated this 12th day of January, 2016.

J. Richard Creatura
United States Magistrate Judge

ORDER ON STIPULATED MOTION FOR EQUAL
ACCESS TO JUSTICE ACT FEES AND
EXPENSES AND FOR COSTS - 2